UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| JUDGE | Timothy A. Barnes | CASE NO. | 11bk38307 |
|---|---|---|---|
| DATE | May 19, 2016 | ADVERSARY NO. | |
| CASE TITLE | In re Margaret Ann Johnsson | | |

### RESTRICTED FILING ORDER

1.      The Clerk of the United States Bankruptcy Court for the Northern District of Illinois (the "Clerk") (such term including, for these purposes, a deputy of the Clerk specifically designated by him/her for these purposes) shall create a miscellaneous proceedings docket with the title "In re Margaret Ann Johnsson" (the "Filer") and assign the docket an "MP" docket number, in which this Order and any motion filed or order entered pursuant to this Order will be docketed.

2.      The terms of this Order shall apply to the Filer and anyone acting on his/her behalf.

3.      From the date of entry of this Order for a period not to exceed five years, the only items that the Filer is permitted to file without leave of the court are motions for leave to file (as to each, a "Motion for Leave") and those items expressly permitted in paragraphs 5 and 6 of this Order. Such items must be delivered to the Clerk of the United States Bankruptcy Court, 7th Floor, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois.

   a.      The Motion for Leave must attach every item the Filer seeks to file (the "Proposed Filings"), including notices, proposed orders, certificates of service or exhibits related to the Proposed Filing. The Proposed Filings must be accompanied by a numbered list specifically identifying each item.
   b.      Other than the Proposed Filings and accompanying list attached as an exhibit to the Motion for Leave, the Motion for Leave must contain the customary caption and signature line and otherwise comply with the Local Rules of Bankruptcy Procedure for motions. The Motion for Leave must clearly indicate the case or adversary proceeding number in which the Proposed Filings would be filed if allowed. The Motion for Leave must also contain an address where the Filer may receive mailed items from the court and a working telephone number where the Filer may be reached.

c.   Unless otherwise permitted in this Order, the Motion for Leave must be limited in length and content to a single introductory paragraph of not more than 3 sentences, argument not to exceed 5 pages, and a single concluding paragraph of not more than 3 sentences.

d.   If the Filer seeks a waiver of any filing fee, the Motion for Leave must clearly state in a paragraph of not more than 3 sentences what fee is sought to be waived and why such waiver is appropriate.

e.   If the Filer seeks leave on an emergency basis, the Motion for Leave must clearly state in a paragraph of not more than 3 sentences what the nature and timing of the emergency is.

f.   Only the Clerk is permitted to accept the Motion for Leave. When the Filer submits a Motion for Leave, the Clerk will accept the Motion for Leave, stamp it "received," and forward it to the undersigned judge, or in his/her absence the Chief Judge or acting Chief Judge of the United States Bankruptcy Court for the Northern District of Illinois (the "Chief Judge").

g.   The undersigned judge, or in his/her absence the Chief Judge, will consider the Motion for Leave without briefing and without hearing (unless the applicable judge in his/her or her sole discretion so directs otherwise) and determine, in his/her sole discretion, whether this Order has been complied with and whether the Motion for Leave should be granted.

h.   If a Motion for Leave is granted, an order will be entered granting leave to file the Proposed Filings and providing guidelines as to such other actions as are permitted (the "Leave Order"), including, if so determined by the applicable judge in the exercise of his/her discretion, deadlines and hearing dates. The Clerk will docket the Leave Order in the miscellaneous proceeding and applicable bankruptcy case or adversary proceeding and mail a copy of the Leave Order to the Filer at the address set forth in the Motion for Leave.

i.   If a Motion for Leave is denied, an order is entered denying leave to file a Proposed Filings (the "Denial Order"), the Clerk will docket the Denial Order in the miscellaneous proceeding, mail a copy of the Denial Order to the Filer and return with the Denial Order the Motion for Leave and all exhibits thereto.

4.   The failure of the Filer to comply with this Order may, in the discretion of the undersigned judge, or in his/her absence the Chief Judge, be deemed in contempt of court and be punished accordingly.

5.   Two years from the date of entry of this Order, the Filer may apply to have the filing restrictions in the Order modified or rescinded. Such application, if filed, shall docketed by the Clerk in the appropriate miscellaneous proceeding and forwarded for decision to the undersigned judge, or in his/her absence the Chief Judge. The applicable judge will consider the application without notice, briefing or hearing (unless the applicable judge in his/her sole discretion so directs otherwise). Whether to grant the application rests with the applicable judge's sole discretion. This paragraph 5 does not permit the filing of any item other than the application to have the filing

restrictions in this Order lifted and a proposed order relating thereto. Should the application be denied, the order denying the application will specify if, and if so, when the Filer may reapply.

6.     The foregoing restrictions would not apply to the filing of a notice of appeal from this Order or a Denial Order or to designations of items for the record and statements of issues on appeal. The foregoing does not constitute a determination that this Order or a Denial Order is appealable.

7.     Nothing in this Order shall be construed to limited the ability of the undersigned judge, or in his/her absence the Chief Judge, to permit the Filer to respond to matters that were not initiated by the Filer. Any order entered by the court for that purpose will be entered in the miscellaneous proceeding and the applicable bankruptcy case or adversary proceeding to which it applies.

8.     Nothing in this Order shall be construed ----

   a.     to deny the Filer's right of appeal;

   b.     to apply to the Filer in cases or adversary proceedings other than those before the United States Bankruptcy Court of the Northern District of Illinois; or

   c.     to deny the Filer's right of access to any other court, state or federal, including, but not limited to, the United States District Court, the United States Court of Appeal or the United States Supreme Court.

Dated: May 19, 2016            ENTER:

                               _____
                               Timothy A. Barnes
                               United States Bankruptcy Judge

3