UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Margaret Ann Johnsson, | ) | Case No. 11bk38307 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| Catherine L. Steege, not individually | ) | |
| but as the Chapter 7 Trustee of the Estate | ) | |
| of Margaret Ann Johnsson, | ) | Adversary No. 14ap00106 |
| | ) | |
| Plaintiff, | ) | Judge Timothy A. Barnes |
| v. | ) | |
| | ) | |
| Margaret Ann Johnsson, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the court on the Complaint (the "Complaint") filed by Catherine Steege, not individually but as the Chapter 7 Trustee (the "Trustee") for the Estate of Margaret Ann Johnsson, (the "Debtor"), seeking to revoke the Debtor's bankruptcy discharge under 11 U.S.C. § 727(d)(1) and (2); the court, having jurisdiction over the subject matter, all necessary parties appearing at the trial that took place on February 2, 2016 and March 7 through 11, 2016 (the "Trial"); the court having considered the testimony and the evidence presented by all parties and the arguments of all parties in their filings and at the Trial; and in accordance with the Memorandum Decision of the court in this matter issued concurrently herewith wherein the court found that it lacks subject matter jurisdiction to determine the Trustee's claim under 727(d)(1), but that the Trustee has proven her claim under section 727(d)(2);

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

(1) Count I of the Complaint is dismissed for lack of subject matter jurisdiction;

(2) Judgment is entered in favor of the Trustee on Count II of the Complaint;

(3) The Debtor's discharge is revoked; and

(4) The Restricted Filing Order [Dkt. 409] does not bar the Debtor from filing an appeal from this Order.

Dated: June 2, 2015         ENTERED:

_____
Timothy A. Barnes
United States Bankruptcy Judge

2