UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Margaret Ann Johnsson,<br><br>    Debtor.<br>_____<br><br>Catherine L. Steege, not individually<br>but as the Chapter 7 Trustee of the Estate<br>of Margaret Ann Johnsson,<br><br>    Plaintiff,<br>v.<br><br>Margaret Ann Johnsson,<br><br>    Defendant. | Case No. 11bk38307<br><br>Chapter 7<br><br><br><br>Adversary No. 14ap00106<br><br>Judge Timothy A. Barnes |

### CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the attached Memorandum Decision and Order to be served on all persons on the service list below by first class United States mail in properly addressed envelopes with postage prepaid this 2nd day of June, 2016.

_____
Kristina Magcamit
Law Clerk

### SERVICE LIST

*Plaintiff/Plaintiff's Counsel*
Catherine L. Steege, Esq., and Landon S. Raiford, Esq.
Jenner & Block
353 N Clark Street
Chicago, IL 60654

*Debtor/Defendant*
Margaret Ann Johnsson
534 W Dickens Avenue
Chicago, IL 60614