# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MARGARET ANN JOHNSSON | § | Case No. 11-38307 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/21/2011 . The undersigned trustee was appointed on 09/21/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 267,422.53 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 336.00 |
| Bank service fees | | 10,800.23 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 17,400.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 238,886.30 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was  03/13/2013  and the deadline for filing governmental claims was  03/13/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,751.13 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 15,751.13 , for a total compensation of $ 15,751.13 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  06/22/2018                    By:/s/CATHERINE STEEGE, TRUSTEE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-38307 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MARGARET ANN JOHNSSON | | | | Date Filed (f) or Converted (c): | 09/21/2011 (f) |
| | | | | | 341(a) Meeting Date: | 10/18/2011 |
| For Period Ending: | 06/22/2018 | | | | Claims Bar Date: | 03/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Marital Residence - 1162 Scott St., Winnetka, IL | 1,500,000.00 | 0.00 | | 0.00 | FA |
| 2. 12650 South Port Des Morts, Ellison Bay, WI | 370,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH | 268.00 | 0.00 | | 0.00 | FA |
| 4. MB Financial checking acct #7350 | 97.17 | 0.00 | | 0.00 | FA |
| 5. Chase checking acct #2690 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Charles Schwab money market acct #5870 | 25.41 | 0.00 | | 0.00 | FA |
| 7. Charles Schwab money market acct # | 25.00 | 0.00 | | 0.00 | FA |
| 8. Bank of American business checking acct #8484 | 72.00 | 0.00 | | 0.00 | FA |
| 9. MB Financial business checking acct #5623 | 49.52 | 0.00 | | 0.00 | FA |
| 10. Bank of America business checking acct #8536) | 786.00 | 0.00 | | 0.00 | FA |
| 11. Key deposit/555 Cornelia Association | 100.00 | 0.00 | | 0.00 | FA |
| 12. Security Deposit | 200.00 | 0.00 | | 0.00 | FA |
| 13. Renter's electric and water service deposit | 130.00 | 0.00 | | 0.00 | FA |
| 14. Security deposit to Cynthia Lenhardt | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 16. JEWELRY | Unknown | 0.00 | | 0.00 | FA |
| 17. Business interests in books | Unknown | 0.00 | | 0.00 | FA |
| 18. Alimony, Maintenance, Support | Unknown | 0.00 | | 0.00 | FA |
| 19. AUTOMOBILE | 6,100.00 | 0.00 | | 0.00 | FA |
| 20. OTHER PERSONAL PROPERTY | Unknown | 0.00 | | 0.00 | FA |
| 21. John Cronin Estate Proceeds    (u) | 7,335.88 | 30,000.00 | | 10,922.53 | FA |
| 22. VOID    (u) | Unknown | 0.00 | | 0.00 | FA |
| 23. Marital interest in Forte CEO Services | 0.00 | 120,000.00 | | 120,000.00 | FA |
| 24. Interest in 3744 N. Richmond (u) | 0.00 | 200,000.00 | | 136,500.00 | FA |

|  | | Gross Value of Remaining Assets | |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,887,888.98 | $350,000.00 | $267,422.53 | $0.00 |

Exhibit A

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

None

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | (value referenced below is an estimate) |
| RE PROP # | 2 | -- | (Property was listed at market value listed below from May 26, 2010 - May 26, 2011, but there have been no offers) |
| RE PROP # | 8 | -- | (Get Out Literary) |
| RE PROP # | 9 | -- | (Rest Ass'd Fin Srvc) |
| RE PROP # | 10 | -- | (Turnkey Develop) (50% ownership) |
| RE PROP # | 12 | -- | for prior rental residence at 419 W Belden, Chicago, IL |
| RE PROP # | 13 | -- | for rental home at 740 Humboldt, Winnetka, IL |
| RE PROP # | 14 | -- | for rental home at 740 Humboldt, Winnetka, IL |
| RE PROP # | 15 | -- | Miscellaneous items of used clothing; value referenced below is an estimate |
| RE PROP # | 16 | -- | pearls, engagement ring, gold necklace and costume jewelry - value to be provided |
| RE PROP # | 17 | -- | Business interests in books titled Shell Games, Tricks of the Trade (in progress); web/blog site and prior companies as follows: Johnsson Consulting, LLC MAJ Holdings, LLC Magnolia Resorations, LLC Clover Lane LLC Get Out Literary Works, LC Rest Assured Financial Services, LLC Turnkey Development, LLC |
| RE PROP # | 18 | -- | Unresolved claims of support arising from Marriage of Margaret Johnsson and Mark Rittmanic |
| RE PROP # | 19 | -- | 2002 BMW - estimated value $6,100.00 per Kelly Blue Book and per Elmhurst BMW - trade in = $5,000.00 |
| RE PROP # | 20 | -- | Marital interest in personal property including but not limited to office furnishings, boats and trailers, automobiles, household goods and furnishings, accounts receivable, bicycles, other sports and hobby equipment, books, art collection and other collectibiles and antiques, potential equitable interest in Rittmanic vs. Darling 99D 108, all of which are itemized in documentation included in that certain Domestic Relations Action captioned In Re the Marriage of Margaret Johnsson and Mark Rittmanic presently pending as case number 10D-05771 in the Circuit Court of Cook County.  Itemized inventory to be tendered to Trustee upon request.  Debtor to obtain valuation of that which is in her control<br><br>Debtor has a Motion pending in the above State Court Action to vacate Marital Settlement Agreement that was signed during a period of time when Debtor was without Counsel, which MSA transfers the majority of marital assets to estranged husband and appears to assign the majority of marital debt to wife. |
| RE PROP # | 23 | -- | Marital interest in Forte CEO Services, Inc. and divisions thereof-500 Skokie Blvd - Northbrook, IL 60062:  present value 2010 tax return not made available |

Initial Projected Date of Final Report (TFR): 12/30/2012        Current Projected Date of Final Report (TFR): 06/29/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-38307 | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
|---|---|---|---|
| Case Name: | MARGARET ANN JOHNSSON | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9255 |
| | | | Associated Bank - Checking Account |
| Taxpayer ID No: | XX-XXX4647 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/22/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/13 | 21 | M. JOHNSSON | John Cronin Estate Proceeds | 1290-000 | $7,335.88 | | $7,335.88 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $7,325.88 |
| 02/22/13 | 3001 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS STREETNEW ORLEANS, LA 70139 | Bond Payment | 2300-000 | | $6.35 | $7,319.53 |
| 02/25/13 | 21 | MARGARET A JOHNSSON 740 Humboldt AvenueWinnetka, IL 60093-1914 | John Cronin Estate Proceeds | 1290-000 | $3,586.65 | | $10,906.18 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.52 | $10,895.66 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.20 | $10,879.46 |
| 05/03/13 | 23 | MARK B. RITTMANIC 1162 Scott AvenueWinnetka, IL 60093-1441 | Property Settlement 1st payment check drawn on Citibank Acct | 1129-000 | $30,000.00 | | $40,879.46 |
| 05/03/13 | 23 | MARK B. RITTMANIC 1162 Scott AvenueWinnetka, IL 60093 | Settlement 1 of 2 Payments check drawn on fidelity account | 1129-000 | $30,000.00 | | $70,879.46 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $15.65 | $70,863.81 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $99.58 | $70,764.23 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $101.81 | $70,662.42 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $105.06 | $70,557.36 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $104.90 | $70,452.46 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $101.38 | $70,351.08 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $104.59 | $70,246.49 |
| 12/03/13 | 23 | MARK B. RITTMANIC | 2nd Property Settlement Payment | 1129-000 | $60,000.00 | | $130,246.49 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*               Page Subtotals:               $130,922.53       $676.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-38307 | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
| Case Name: | MARGARET ANN JOHNSSON | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9255 |
| | | | Associated Bank - Checking Account |
| Taxpayer ID No: | XX-XXX4647 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/22/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $101.07 | $130,145.42 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $187.71 | $129,957.71 |
| 02/03/14 | 3002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras St. New Orleans, LA 70139 | Blanket Bond | 2300-000 | | $99.66 | $129,858.05 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $193.22 | $129,664.83 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $174.15 | $129,490.68 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $192.51 | $129,298.17 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $186.03 | $129,112.14 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $191.95 | $128,920.19 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $185.48 | $128,734.71 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $191.40 | $128,543.31 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $191.11 | $128,352.20 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $184.68 | $128,167.52 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $190.55 | $127,976.97 |
| 12/01/14 | 3003 | MARGARET ANN JOHNSSON | DEBTOR'S HOMESTEAD EXEMPTION | 8100-002 | | $15,000.00 | $112,976.97 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $184.13 | $112,792.84 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $168.40 | $112,624.44 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $167.45 | $112,456.99 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*  Page Subtotals: $0.00  $17,789.50

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 11-38307 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: MARGARET ANN JOHNSSON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9255 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX4647 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/22/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $151.01 | $112,305.98 |
| 03/18/15 | 3004 | ARTHUR B. LEVINE COMPANY 60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | $68.29 | $112,237.69 |
| 04/02/15 | 3005 | MARGARET ANN JOHNSSON 740 HUMBOLDT AVEWINNETKA, IL 60093 | WILDCARD EXEMPTION | 8100-002 | | $2,000.00 | $110,237.69 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $166.96 | $110,070.73 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $158.92 | $109,911.81 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $163.41 | $109,748.40 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $157.89 | $109,590.51 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $162.93 | $109,427.58 |
| 08/18/15 | 3006 | MARGARET ANN JOHNSSON | BALANCE OF WILD CARD EXEMPTION | 8100-002 | | $400.00 | $109,027.58 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $162.55 | $108,865.03 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $156.64 | $108,708.39 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $161.62 | $108,546.77 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $156.17 | $108,390.60 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.15 | $108,229.45 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.92 | $108,068.53 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:                    $0.00                    $4,388.46

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 11-38307 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: MARGARET ANN JOHNSSON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9255 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX4647 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/22/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/29/16 | 3007 | Arthur B. Levine Company<br>Surety Bond Agents<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | BOND PAYMENT | 2300-000 | | $57.83 | $108,010.70 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $150.29 | $107,860.41 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.38 | $107,700.03 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.96 | $107,545.07 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $159.88 | $107,385.19 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.50 | $107,230.69 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $159.43 | $107,071.26 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $159.17 | $106,912.09 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $153.83 | $106,758.26 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $158.72 | $106,599.54 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $153.37 | $106,446.17 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $158.26 | $106,287.91 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*         Page Subtotals:         $0.00         $1,780.62

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 11-38307 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: MARGARET ANN JOHNSSON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9255 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX4647 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/22/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $158.04 | $106,129.87 |
| 02/13/17 | 3008 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT Reversal Did not realize until after checks were run that case calculation/percentage of bond disbursement included a case that TFR has been filed. Recalculation after removing that case resulted in increased bond premium for remaining cases. Voided checks and ran new checks with correct bond premium payments. | 2300-000 | | ($32.14) | $106,162.01 |
| 02/13/17 | 3008 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $32.14 | $106,129.87 |
| 02/13/17 | 3009 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $32.49 | $106,097.38 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.50 | $105,954.88 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.52 | $105,797.36 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $152.22 | $105,645.14 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.05 | $105,488.09 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $151.77 | $105,336.32 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*              Page Subtotals:              $0.00              $951.59

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-38307 | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
|---|---|---|---|
| Case Name: | MARGARET ANN JOHNSSON | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9255 |
| | | | Associated Bank - Checking Account |
| Taxpayer ID No: | XX-XXX4647 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/22/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.63 | $105,179.69 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.37 | $105,023.32 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $151.11 | $104,872.21 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $155.91 | $104,716.30 |
| 11/29/17 | 24 | ATTORNEYS' TITLE GUARANTY FUND, INC. ONE SOUTH WACKER DRIVE, 24TH FLOOR CHICAGO, ILLINOIS 60606-4654 | Sale of 3744 N Richmond Property | 1210-000 | $133,507.75 | | $238,224.05 |
| 12/07/17 | 24 | DONALD J. JOHNSSON | Sale of 3744 N Richmond Property balance owed per Court Order re sale price | 1210-000 | $2,992.25 | | $241,216.30 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $163.47 | $241,052.83 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $357.46 | $240,695.37 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $357.87 | $240,337.50 |
| 02/12/18 | 3010 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $71.38 | $240,266.12 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $322.72 | $239,943.40 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 11)* | Page Subtotals: | $136,500.00 | $1,892.92 |
|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-38307  
Case Name: MARGARET ANN JOHNSSON  
Taxpayer ID No: XX-XXX4647  
For Period Ending: 06/22/2018  

Trustee Name: CATHERINE STEEGE, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9255  
Associated Bank - Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $356.72 | $239,586.68 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $344.70 | $239,241.98 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $355.68 | $238,886.30 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $267,422.53 | $28,536.23 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $267,422.53 | $28,536.23 |
| Less: Payments to Debtors | $0.00 | $17,400.00 |
| Net | $267,422.53 | $11,136.23 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*     Page Subtotals:     $0.00     $1,057.10

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9255 - Associated Bank - Checking Account | $267,422.53 | $11,136.23 | $238,886.30 |
| | $267,422.53 | $11,136.23 | $238,886.30 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $267,422.53 |
| Total Gross Receipts: | $267,422.53 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-38307-TAB  
Debtor Name: MARGARET ANN JOHNSSON  
Claims Bar Date: 3/13/2013  

Date: June 22, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 50 2100 | CATHERINE STEEGE<br>353 N. Clark Street<br>CHICAGO, IL  60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $15,751.13 | $15,751.13 |
| 50 3410 | ALAN D. LASKO<br>ALAN D. LASKO &<br>ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL  60606 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,494.80 | $3,494.80 |
| 50 3420 | ALAN D. LASKO<br>ALAN D. LASKO &<br>ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL  60606 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $23.00 | $23.00 |
| 100 3110 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL  60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $596,674.00 | $596,674.00 |
| 100 3120 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL  60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $18,729.50 | $18,729.50 |
| 1 300 7100 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 12/14/2012 | $0.00 | $487.86 | $487.86 |
| 2 300 7100 | NORDSTROM FSB<br>P.O. BOX 6566<br>ENGLEWOOD, CO  80155 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 12/14/2012 | $0.00 | $451.05 | $451.05 |
| 3 300 7100 | PYOD, LLC ITS SUCCESSORS<br>AND ASSIGN<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL<br>SERVICES<br>PO BOX 19008<br>GREENVILLE, SC  29602 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 12/21/2012 | $0.00 | $30,771.18 | $30,771.18 |
| 5 300 7100 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC  27410 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 01/22/2013 | $0.00 | $2,079.14 | $2,079.14 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-38307-TAB                                                                                          Date: June 22, 2018
Debtor Name: MARGARET ANN JOHNSSON
Claims Bar Date: 3/13/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/15/2013<br><br>(7-1) CREDIT CARD DEBT | $0.00 | $3,612.43 | $3,612.43 |
| 8<br>300<br>7100 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/18/2013<br><br>(8-1) CREDIT CARD DEBT | $0.00 | $27,479.71 | $27,479.71 |
| BOND<br>999<br>2300 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | Administrative<br>Payment Status:<br>Valid To Pay | Date Filed: 02/03/2014 | $0.00 | $99.66 | $99.66 |
| BOND<br>999<br>2300 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $32.49 | $32.49 |
| | Case Totals | | | $0.00 | $699,685.95 | $699,685.95 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-38307
Case Name: MARGARET ANN JOHNSSON
Trustee Name: CATHERINE STEEGE, TRUSTEE

Balance on hand $ 238,886.30

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 15,751.13 | $ 0.00 | $ 15,751.13 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 596,674.00 | $ 0.00 | $ 212,933.42 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 18,729.50 | $ 0.00 | $ 6,683.95 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 3,494.80 | $ 0.00 | $ 3,494.80 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 23.00 | $ 0.00 | $ 23.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 132.15 | $ 132.15 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 238,886.30

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,881.37  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 487.86 | $ 0.00 | $ 0.00 |
| 2 | NORDSTROM FSB | $ 451.05 | $ 0.00 | $ 0.00 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ 30,771.18 | $ 0.00 | $ 0.00 |
| 5 | FIA CARD SERVICES, N.A. | $ 2,079.14 | $ 0.00 | $ 0.00 |
| 7 | AMERICAN EXPRESS BANK, FSB | $ 3,612.43 | $ 0.00 | $ 0.00 |
| 8 | AMERICAN EXPRESS CENTURION BANK | $ 27,479.71 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE