UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
MARGARET ANN JOHNSSON § Case No. 11-38307
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,857,453.10<br>*(Without deducting any secured claims)* | Assets Exempt: 23,100.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged<br>Without Payment: 64,881.37 |
| Total Expenses of Administration: 250,022.53 | |

3) Total gross receipts of $ 267,422.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 17,400.00 (see **Exhibit 2**), yielded net receipts of $ 250,022.53 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 868,943.83 | 868,943.83 | 250,022.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 64,881.37 | 64,881.37 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 933,825.20 | $ 933,825.20 | $ 250,022.53 |

4) This case was originally filed under chapter 7 on 09/21/2011 . The case was pending for 88 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2018              By:/s/CATHERINE STEEGE, TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Marital interest in Forte CEO Services | 1129-000 | 120,000.00 |
| Interest in 3744 N. Richmond | 1210-000 | 136,500.00 |
| John Cronin Estate Proceeds | 1290-000 | 10,922.53 |
| **TOTAL GROSS RECEIPTS** | | **$ 267,422.53** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARGARET ANN JOHNSSON | Exemptions | 8100-002 | 17,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 17,400.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| TRUSTEE CATHERINE STEEGE | 2100-000 | NA | 15,751.13 | 15,751.13 | 15,751.13 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 126.12 | 126.12 | 126.12 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 177.39 | 177.39 | 177.39 |
| INTERNATIONAL SURETIES, LTD. | 2300-001 | NA | 32.49 | 32.49 | 32.49 |
| ASSOCIATED BANK | 2600-000 | NA | 10,800.23 | 10,800.23 | 10,800.23 |
| JENNER & BLOCK LLP | 3110-000 | NA | 816,291.37 | 816,291.37 | 219,617.37 |
| JENNER & BLOCK LLP | 3120-000 | NA | 18,729.50 | 18,729.50 | 0.00 |
| ALAN D. LASKO | 3410-000 | NA | 6,989.60 | 6,989.60 | 3,494.80 |
| ALAN D. LASKO | 3420-000 | NA | 46.00 | 46.00 | 23.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 868,943.83 | $ 868,943.83 | $ 250,022.53 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 3,612.43 | 3,612.43 | 0.00 |
| 8 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 27,479.71 | 27,479.71 | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | NA | 487.86 | 487.86 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 2,079.14 | 2,079.14 | 0.00 |
| 2 | NORDSTROM FSB | 7100-000 | NA | 451.05 | 451.05 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 30,771.18 | 30,771.18 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 64,881.37 | $ 64,881.37 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-38307 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MARGARET ANN JOHNSSON | | | | Date Filed (f) or Converted (c): | 09/21/2011 (f) |
| | | | | | 341(a) Meeting Date: | 10/18/2011 |
| For Period Ending: | 12/06/2018 | | | | Claims Bar Date: | 03/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Marital Residence - 1162 Scott St., Winnetka, IL | 1,500,000.00 | 0.00 | | 0.00 | FA |
| 2. 12650 South Port Des Morts, Ellison Bay, WI | 370,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH | 268.00 | 0.00 | | 0.00 | FA |
| 4. MB Financial checking acct #7350 | 97.17 | 0.00 | | 0.00 | FA |
| 5. Chase checking acct #2690 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Charles Schwab money market acct #5870 | 25.41 | 0.00 | | 0.00 | FA |
| 7. Charles Schwab money market acct # | 25.00 | 0.00 | | 0.00 | FA |
| 8. Bank of American business checking acct #8484 | 72.00 | 0.00 | | 0.00 | FA |
| 9. MB Financial business checking acct #5623 | 49.52 | 0.00 | | 0.00 | FA |
| 10. Bank of America business checking acct #8536) | 786.00 | 0.00 | | 0.00 | FA |
| 11. Key deposit/555 Cornelia Association | 100.00 | 0.00 | | 0.00 | FA |
| 12. Security Deposit | 200.00 | 0.00 | | 0.00 | FA |
| 13. Renter's electric and water service deposit | 130.00 | 0.00 | | 0.00 | FA |
| 14. Security deposit to Cynthia Lenhardt | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 16. JEWELRY | Unknown | 0.00 | | 0.00 | FA |
| 17. Business interests in books | Unknown | 0.00 | | 0.00 | FA |
| 18. Alimony, Maintenance, Support | Unknown | 0.00 | | 0.00 | FA |
| 19. AUTOMOBILE | 6,100.00 | 0.00 | | 0.00 | FA |
| 20. OTHER PERSONAL PROPERTY | Unknown | 0.00 | | 0.00 | FA |
| 21. John Cronin Estate Proceeds (u) | 7,335.88 | 30,000.00 | | 10,922.53 | FA |
| 22. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 23. Marital interest in Forte CEO Services | 0.00 | 120,000.00 | | 120,000.00 | FA |
| 24. Interest in 3744 N. Richmond (u) | 0.00 | 200,000.00 | | 136,500.00 | FA |

|  |  |  | Gross Value of Remaining Assets | |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $1,887,888.98 | $350,000.00 | $267,422.53 | Exhibit 8 $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report submitted to UST for review on 6/29/18

7/13/2018

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | (value referenced below is an estimate) |
| RE PROP # | 2 | -- | (Property was listed at market value listed below from May 26, 2010 - May 26, 2011, but there have been no offers) |
| RE PROP # | 8 | -- | (Get Out Literary) |
| RE PROP # | 9 | -- | (Rest Ass'd Fin Srvc) |
| RE PROP # | 10 | -- | (Turnkey Develop) (50% ownership) |
| RE PROP # | 12 | -- | for prior rental residence at 419 W Belden, Chicago, IL |
| RE PROP # | 13 | -- | for rental home at 740 Humboldt, Winnetka, IL |
| RE PROP # | 14 | -- | for rental home at 740 Humboldt, Winnetka, IL |
| RE PROP # | 15 | -- | Miscellaneous items of used clothing; value referenced below is an estimate |
| RE PROP # | 16 | -- | pearls, engagement ring, gold necklace and costume jewelry - value to be provided |
| RE PROP # | 17 | -- | Business interests in books titled Shell Games, Tricks of the Trade (in progress); web/blog site and prior companies as follows:<br>Johnsson Consulting, LLC<br>MAJ Holdings, LLC<br>Magnolia Resorations, LLC<br>Clover Lane LLC<br>Get Out Literary Works, LC<br>Rest Assured Financial Services, LLC<br>Turnkey Development, LLC |
| RE PROP # | 18 | -- | Unresolved claims of support arising from Marriage of Margaret Johnsson and Mark Rittmanic |
| RE PROP # | 19 | -- | 2002 BMW - estimated value $6,100.00 per Kelly Blue Book and per Elmhurst BMW - trade in = $5,000.00 |
| RE PROP # | 20 | -- | Marital interest in personal property including but not limited to office furnishings, boats and trailers, automobiles, household goods and furnishings, accounts receivable, bicycles, other sports and hobby equipment, books, art collection and other collectibiles and antiques, potential equitable interest in Rittmanic vs. Darling 99D 108, all of which are itemized in documentation included in that certain Domestic Relations Action captioned In Re the Marriage of Margaret Johnsson and Mark Rittmanic presently pending as case number 10D-05771 in the Circuit Court of Cook County.  Itemized inventory to be tendered to Trustee upon request.  Debtor to obtain valuation of that which is in her control<br><br>Debtor has a Motion pending in the above State Court Action to vacate Marital Settlement Agreement that was signed during a period of time when Debtor was without Counsel, which MSA transfers the majority of marital assets to estranged husband and appears to assign the majority of marital debt to wife. |
| RE PROP # | 23 | -- | Marital interest in Forte CEO Services, Inc. and divisions thereof-500 Skokie Blvd - Northbrook, IL 60062:  present value 2010 tax return not made available |

Initial Projected Date of Final Report (TFR): 12/30/2012          Current Projected Date of Final Report (TFR): 08/30/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-38307 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: MARGARET ANN JOHNSSON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9255 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX4647 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/13 | 21 | M. JOHNSSON | John Cronin Estate Proceeds | 1290-000 | $7,335.88 | | $7,335.88 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $7,325.88 |
| 02/22/13 | 3001 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS STREETNEW ORLEANS, LA 70139 | Bond Payment | 2300-000 | | $6.35 | $7,319.53 |
| 02/25/13 | 21 | MARGARET A JOHNSSON 740 Humboldt AvenueWinnetka, IL 60093-1914 | John Cronin Estate Proceeds | 1290-000 | $3,586.65 | | $10,906.18 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.52 | $10,895.66 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.20 | $10,879.46 |
| 05/03/13 | 23 | MARK B. RITTMANIC 1162 Scott AvenueWinnetka, IL 60093-1441 | Property Settlement 1st payment check drawn on Citibank Acct | 1129-000 | $30,000.00 | | $40,879.46 |
| 05/03/13 | 23 | MARK B. RITTMANIC 1162 Scott AvenueWinnetka, IL 60093 | Settlement 1 of 2 Payments check drawn on fidelity account | 1129-000 | $30,000.00 | | $70,879.46 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $15.65 | $70,863.81 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $99.58 | $70,764.23 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $101.81 | $70,662.42 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $105.06 | $70,557.36 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $104.90 | $70,452.46 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $101.38 | $70,351.08 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $104.59 | $70,246.49 |
| 12/03/13 | 23 | MARK B. RITTMANIC | 2nd Property Settlement Payment | 1129-000 | $60,000.00 | | $130,246.49 |

Page Subtotals: $130,922.53   $676.04

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-38307 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: MARGARET ANN JOHNSSON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9255 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX4647 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $101.07 | $130,145.42 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $187.71 | $129,957.71 |
| 02/03/14 | 3002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras St. New Orleans, LA 70139 | Blanket Bond | 2300-000 | | $99.66 | $129,858.05 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $193.22 | $129,664.83 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $174.15 | $129,490.68 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $192.51 | $129,298.17 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $186.03 | $129,112.14 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $191.95 | $128,920.19 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $185.48 | $128,734.71 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $191.40 | $128,543.31 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $191.11 | $128,352.20 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $184.68 | $128,167.52 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $190.55 | $127,976.97 |
| 12/01/14 | 3003 | MARGARET ANN JOHNSSON | DEBTOR'S HOMESTEAD EXEMPTION | 8100-002 | | $15,000.00 | $112,976.97 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $184.13 | $112,792.84 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $168.40 | $112,624.44 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $167.45 | $112,456.99 |

Page Subtotals: $0.00   $17,789.50

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-38307 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: MARGARET ANN JOHNSSON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9255 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX4647 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $151.01 | $112,305.98 |
| 03/18/15 | 3004 | ARTHUR B. LEVINE COMPANY 60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | $68.29 | $112,237.69 |
| 04/02/15 | 3005 | MARGARET ANN JOHNSSON 740 HUMBOLDT AVEWINNETKA, IL 60093 | WILDCARD EXEMPTION | 8100-002 | | $2,000.00 | $110,237.69 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $166.96 | $110,070.73 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $158.92 | $109,911.81 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $163.41 | $109,748.40 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $157.89 | $109,590.51 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $162.93 | $109,427.58 |
| 08/18/15 | 3006 | MARGARET ANN JOHNSSON | BALANCE OF WILD CARD EXEMPTION | 8100-002 | | $400.00 | $109,027.58 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $162.55 | $108,865.03 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $156.64 | $108,708.39 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $161.62 | $108,546.77 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $156.17 | $108,390.60 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.15 | $108,229.45 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.92 | $108,068.53 |
| | | | Page Subtotals: | | $0.00 | $4,388.46 | |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38307 | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MARGARET ANN JOHNSSON | Bank Name: | Associated Bank |
|  |  | Account Number/CD#: | XXXXXX9255 |
|  |  |  | Associated Bank - Checking Account |
| Taxpayer ID No: | XX-XXX4647 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/06/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/29/16 | 3007 | Arthur B. Levine Company<br>Surety Bond Agents<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | BOND PAYMENT | 2300-000 |  | $57.83 | $108,010.70 |
| 03/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $150.29 | $107,860.41 |
| 04/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $160.38 | $107,700.03 |
| 05/06/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $154.96 | $107,545.07 |
| 06/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $159.88 | $107,385.19 |
| 07/08/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $154.50 | $107,230.69 |
| 08/05/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $159.43 | $107,071.26 |
| 09/08/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $159.17 | $106,912.09 |
| 10/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $153.83 | $106,758.26 |
| 11/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $158.72 | $106,599.54 |
| 12/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $153.37 | $106,446.17 |
| 01/09/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $158.26 | $106,287.91 |

Page Subtotals: $0.00    $1,780.62

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-38307 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: MARGARET ANN JOHNSSON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9255 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX4647 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $158.04 | $106,129.87 |
| 02/13/17 | 3008 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT Reversal Did not realize until after checks were run that case calculation/percentage of bond disbursement included a case that TFR has been filed. Recalculation after removing that case resulted in increased bond premium for remaining cases. Voided checks and ran new checks with correct bond premium payments. | 2300-000 | | ($32.14) | $106,162.01 |
| 02/13/17 | 3008 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-001 | | $32.14 | $106,129.87 |
| 02/13/17 | 3009 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $32.49 | $106,097.38 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.50 | $105,954.88 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.52 | $105,797.36 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $152.22 | $105,645.14 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.05 | $105,488.09 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $151.77 | $105,336.32 |

Page Subtotals: $0.00 $951.59

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 11-38307 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: MARGARET ANN JOHNSSON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9255 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX4647 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.63 | $105,179.69 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.37 | $105,023.32 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $151.11 | $104,872.21 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $155.91 | $104,716.30 |
| 11/29/17 | 24 | ATTORNEYS' TITLE GUARANTY FUND, INC. ONE SOUTH WACKER DRIVE, 24TH FLOOR CHICAGO, ILLINOIS 60606-4654 | Sale of 3744 N Richmond Property | 1210-000 | $133,507.75 | | $238,224.05 |
| 12/07/17 | 24 | DONALD J. JOHNSSON | Sale of 3744 N Richmond Property balance owed per Court Order re sale price | 1210-000 | $2,992.25 | | $241,216.30 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $163.47 | $241,052.83 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $357.46 | $240,695.37 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $357.87 | $240,337.50 |
| 02/12/18 | 3010 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $71.38 | $240,266.12 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $322.72 | $239,943.40 |

Page Subtotals: $136,500.00 $1,892.92

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38307 | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MARGARET ANN JOHNSSON | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9255 |
| | | | Associated Bank - Checking Account |
| Taxpayer ID No: | XX-XXX4647 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/06/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $356.72 | $239,586.68 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $344.70 | $239,241.98 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $355.68 | $238,886.30 |
| 09/06/18 | 3011 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL  60606 | ACCOUNTANT FEES & EXPENSES | | | $3,517.80 | $235,368.50 |
| | | ALAN D. LASKO | ACCOUNTANT EXPENSES    ($23.00) | 3420-000 | | | |
| | | ALAN D. LASKO | ACCOUNTANT FEES    ($3,494.80) | 3410-000 | | | |
| 09/06/18 | 3012 | TRUSTEE CATHERINE STEEGE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL  60654-3456 | FINAL DISTRIBUTION | 2100-000 | | $15,751.13 | $219,617.37 |
| 09/06/18 | 3013 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL  60654-3456 | FINAL DISTRIBUTION | 3110-000 | | $219,617.37 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $267,422.53 | $267,422.53 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $267,422.53 | $267,422.53 |
| Less: Payments to Debtors | $0.00 | $17,400.00 |
| Net | $267,422.53 | $250,022.53 |

| | | |
| --- | --- | --- |
| Page Subtotals: | $0.00 | $239,943.40 |

UST Form 101-7-TDR (10/1/2010) (Page: 16)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9255 - Associated Bank - Checking Account | $267,422.53 | $250,022.53 | $0.00 |
| | $267,422.53 | $250,022.53 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $267,422.53 |
| Total Gross Receipts: | $267,422.53 |

Page Subtotals:  $0.00     $0.00